Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAVID PARSA,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF STATE, *et al.*,<br><br>        Defendants. | No. 2:24-cv-628-RSL<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings through August 28, 2024. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel Defendants to complete administrative processing his father's refused immigrant visa application. Defendant's response to the Complaint is currently due on July 29, 2024. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until August 28, 2024.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel,

STIPULATED MOTION AND ORDER FOR ABEYANCE - 1
No. 2:24-cv-628-RSL

UNITED STATES ATTORNEY
700 S TEWART S TREET , S UITE 5220
S EATTLE , W ASHINGTON 98101
(206) 553-7970

1  and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

2      With additional time, this case may be resolved without the need of further judicial intervention. A consular officer refused the immigrant visa application at issue pursuant to 8 U.S.C. § 1201(g) on September 29, 2022, for security screening. The ongoing administrative processing may result in a consular officer readjudicating the immigrant visa application. Recently, the U.S. Embassy in Ankara, Turkey, requested additional documentation from Plaintiff's father, including a valid medical examination report. Plaintiff anticipates that his father will complete the medical examination by July 30, 2024. Once the consular officer receives the requested documentation, additional time will be necessary for the consular officer to review the medical exam report and other case documents to determine if Plaintiff's father's application is eligible for reconsideration. If so, the application may be readjudicated and a visa possible issued, or the consular officer may request additional documentation.

    As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until August 28, 2024. The parties will submit a status report on or before August 28, 2024.

Dated: July 27, 2024

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

 *s/Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendants*

STIPULATED MOTION AND ORDER FOR ABEYANCE - 2
No. 2:24-cv-628-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

*I certify that this memorandum contains 357 words, in compliance with the Local Civil Rules.*

*s/ Jinkyou Lee*
JINKYOO LEE*
Passage Immigration Law
5000 30th Avenue NE, Suite 105
Seattle, Washington 98105
Phone: 503-427-8243
Email: david@passage.law
*PHV*

*s/ Sunyoung Isabella Kim*
SUNYOUNG ISABELLA KIM
Passage Immigration Law
5000 30th Avenue NE, Suite 105
Seattle, Washington 98105
Phone: 503-427-8243
Email: isabella@kim-law.com
*Attorneys for Plaintiff*

# ORDER

The case is held in abeyance until August 28, 2024.  The parties shall submit a status update on or before August 28, 2024.

It is so **ORDERED**.

DATED this 29th day of July, 2024.

_____
Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER FOR ABEYANCE - 3
No. 2:24-cv-628-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970